IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WAYNE WHALEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-cv-00797-JPG |
| ) | |
| NORTHERN FREIGHT, LLC, ) | |
| AHMED SANKUS, and ) | |
| SAFARA EXPRESS, LIMITED ) | |
| LIABILITY COMPANY, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Safara Express' Motion to Open Default (Doc. 63).

Finding that good cause exists under Federal Rule of Civil Procedure 55(c), the Court hereby **GRANTS** Defendant Safara Express' Motion to Open Default (Doc. 63). The Court hereby **SETS ASIDE** Entry of Default as to Defendant Safara Express (Doc. 55). The Court **ORDERS** Defendant Safara Express file a responsive pleading in this matter by December 10, 2021.

**IT IS SO ORDERED.**
**Dated: 11/10/2021**

/s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**