IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA MILLAM, ADMINISTRATOR OF THE ESTATE OF WAYNE WHALEN, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHERN FREIGHT, LLC, AHMED SANKUS, SAFARA EXPRESS, LIMITED LIABILITY COMPANY, and FEDEX CUSTOM CRITICAL, INC., <br><br> Defendants. | Case No. 20-cv-00797-JPG |

### **RULE 54(B) JUDGMENT**

This matter having come before the Court, and the Court dismissing a claim against FedEx, determining all other claims in this case against FedEx would be futile, and having found no just reason to delay entry of judgment as to those claims,

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this case against defendant FedEx Custom Critical, Inc. are dismissed. The remainder of the claims in this case against defendants Northern Freight, LLC, Ahmed Sankus, and Safara Express, LLC, remain pending.


DATED: April 3, 2023                                   **MONICA A. STUMP, Clerk of Court**
                                                       **s/ Tina Gray, Deputy Clerk**


Approved:      s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**